(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
J. DOUGLAS DURHAM (SB#153476)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
8801 Folsom Blvd., Suite 230
Sacramento, CA  95826

E-Mail: mcampbell@murphycampbell.com
ddurham@murphycampbell.com
Telephone: (916) 400-2300
Fax: (916) 400-2311

Attorneys for Defendant U.S. Loan Auditors, LLC, Shane Barker and James Sandison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. LOAN AUDITORS, LLC, a California limited liability company; SHANE BARKER, an individual; JAMES SANDISON, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:10-cv-01329-JAM-JFM<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING** |

Plaintiff BANK OF AMERICA CORPORATION and Defendants U.S. LOAN AUDITORS, LLC, SHANE BARKER, and JAMES SANDISON, by and through their attorneys of record, do hereby submit their Stipulation and Order extending the time in which the defendants may file their initial responsive pleadings in this case.

WHEREAS, the defendant U.S. LOAN AUDITORS, LLC was served with a copy of the summons and complaint, by substituted service deemed completed on June 12, so that it's responsive pleading was due on July 6, 2010;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the defendants SHANE BARKER, and JAMES SANDISON were served with a copy of the summons and complaint, by substituted service deemed completed on June 20, so that their responsive pleadings were due on July 12, 2010;

WHEREAS, defendants could not locate and retain counsel until July 12, 2010;

The parties have agreed to extend the time in which the defendants may file their respective initial pleadings in response to the complaint so that those pleadings will be filed and served on or before July 30, 2010. This stipulation is not intended by the parties to alter the briefing schedule or hearing date of the motion for a preliminary injunction filed by the plaintiff, which is currently scheduled for hearing on August 4, 2010.

IT IS SO STIPULATED.

Dated: July 20, 2010                                    MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                                                        By: /s/ Mark A. Campbell
                                                            Mark A. Campbell

Dated: July 20, 2010                                    LOEB & LOEB

                                                        By: /s/ Mark D. Campbell
                                                            Mark D. Campbell

## ORDER

Having considered the Stipulation by and between Defendants and Plaintiff, the Court hereby extends the time in which the defendants may file their respective initial pleadings in response to the complaint to July 30, 2010.

IT IS SO ORDERED.

Dated: July 20, 2010                                    /s/ John A. Mendez
                                                        The Honorable John A. Mendez

- 2 -

**STIPULATION REGARDING EXTENSION OF TIME FOR FILING RESPONSIVE PLEADING**

PDF created with pdfFactory trial version www.pdffactory.com