LOEB & LOEB LLP
MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
KAREN R. THORLAND (SBN 172092)
kthorland@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Plaintiff
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. LOAN AUDITORS, LLC, a California limited liability company; SHANE BARKER, an individual; JAMES SANDISON, an individual; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:10-CV-01329-JAM-JFM<br>Date: September 15, 2010<br>Time: 9:30 a.m.<br>Ctrm: 6<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO STRIKE** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2078180.2
203735-10018

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS AND MOTION TO STRIKE

PDF created with pdfFactory trial version www.pdffactory.com

On September 15, 2010, Defendants U.S. Loan Auditors, LLC's, Shane Barker's, and James Sandison's (collectively "Defendants") Motion for Judgment on the Pleadings and Motion to Strike (collectively the "Motions") came on for hearing before this Court in Courtroom No. 6 of the United States District Court, 501 I Street, Sacramento, CA 95814.  Mark D. Campbell appeared on behalf of Plaintiff Bank of America Corporation; Mark A. Campbell and J. Douglas Durham appeared for Defendants.

Having considered the briefing on the motions, all pleadings and papers heretofore filed in this action, and the arguments of counsel, the Court DENIES Defendants Motion for Judgment on the Pleadings and Motion to Strike for the reasons set forth below:

1. For purposes of a motion for judgment on the pleadings, the Court must assume the truthfulness of the material facts alleged in the Complaint, and all inferences reasonably drawn from such facts must be construed in favor of the responding party. *Fleming v. Pickard*, 581 F.3d 922, 925 (9th Cir. 2009).  The Court finds that many of the arguments raised in the opposition and reply briefs to Defendants' motion raise factual issues which may not be decided on a motion for judgment on the pleadings.  Accordingly, Defendants are not entitled to judgment on the pleadings for this reason.  The Court also finds that under the standard applied to motions for judgment on the pleadings, BOA has asserted sufficient facts to establish standing under the Lanham to assert its false advertising claims against Defendants.  However, this finding is without prejudice to Defendants' right to raise standing on summary judgment.  Moreover, the Court finds, for the reasons stated on the record, that the sham exception to the Noerr-Pennington doctrine applies in this case. *See Larsen v. Comm. of Internal Revenue*, 765 F.2d 939, 941 (9th Cir. 1985) ("The right to petition protected by the First Amendment does not include the right to maintain groundless proceedings.").  The Court further finds that the "law of

the case" doctrine does not apply with regard to its prior rulings on Plaintiff's Motion for Preliminary Injunction. Finally, the Court finds that Regulation Z does not apply to the advertising at issue in this case.

2. With respect to Defendants' Motion to Strike, the Court finds that the purported speech in this case is, at best, commercial speech which is not entitled to protection under California's Anti-SLAPP statute (Cal. Code Civ. P. § 425.16). The Court further finds that Defendants are not entitled to protection under the Anti-SLAPP statute because they are not engaged in protected petitioning activity.

Accordingly, pursuant to these findings, and for the additional reasons stated on the record during the hearing on the Motions, the Court hereby ORDERS that Defendants' Motion for Judgment on the Pleadings and Motion to Strike are DENIED.

**IT IS SO ORDERED**.

Dated: October 7, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

**Approved as to form**:

/s/
J. Douglas Durham

PDF created with pdfFactory trial version www.pdffactory.com