UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. LOAN AUDITORS, LLC, a California limited liability company; SHANE BARKER, an individual; JAMES SANDISON, an individual; and DOES 1-10,<br><br>        Defendants. | Case No. 2:10-CV-01329-JAM-JFM<br><br>**STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

Plaintiff Bank of America Corporation ("BOA") and Defendants U.S. Loan Auditors, LLC ("U.S. Loan Auditors"), Shane Barker and James Sandison, by and through their counsel, hereby jointly request a Consent Judgment and Permanent Injunction as follows:

## STIPULATED FACTS

1. Plaintiff BOA commenced this action on May 28, 2010, alleging claims against Defendants for (1) False Advertising under the Lanham Act; (2) False Advertising under California Business & Professions Code §17500; and (3) Unfair Competition under California Business & Professions Code §17200. Defendants denied and continue to deny BOA's allegations.

2. This action was commenced by Plaintiff against Defendants based upon allegedly false statements that were made by Defendants and/or Defendants' agents or representatives in connection with Defendants' commercial solicitation of customers for its loan auditing services. Defendants deny that the statements were false.

3. Plaintiff immediately moved for a preliminary injunction, and this Court, by Order filed August 12, 2010, enjoined and restrained Defendant U.S. Loan Auditors, and each of its officers, agents, employees, representatives, and all persons acting in concert or participating with them from engaging in or performing directly or indirectly any and all of the following acts:

    a. Engaging in false or misleading advertising with respect to its loan audit and related legal services and/or violating Lanham Act § 43(a);

    b. Publishing commercial advertisements or solicitations falsely stating or suggesting that BOA (and/or its affiliates) has engaged in predatory lending practices, has violated federal law in connection with the loans it has originated, or is the subject of a "predatory lending investigation"; and

    c. Using any of Plaintiff's marks in its commercial advertisements

PDF created with pdfFactory trial version www.pdffactory.com

1  and/or solicitations.

2      4.    The parties to this Stipulated Judgment agree and stipulate that this Court is the proper court of venue and jurisdiction for the action contained in Plaintiff's Complaint, and that jurisdiction lies in this Court pursuant to 28 U.S.C. §1331 (federal question), 15 U.S.C. §1121 (Lanham Act claims) and 28 U.S.C. §1367 .

    5.    Defendants U.S. Loan Auditors, Barker and Sandison do not admit wrong-doing or liability but, to avoid further litigation costs, enter into this Stipulated Judgment and Permanent Injunction freely and without coercion, and acknowledge that they are willing to and prepared to abide by its terms.

## JUDGMENT AND PERMANENT INJUNCTION

    6.    This Court has jurisdiction over the subject matter hereof and over the Plaintiff and Defendants.

    7.    The provisions of this Stipulated Permanent Injunction shall be applicable to Defendants Barker, Sandison, and U.S. Loan Auditors, as well as its respective owners, members, partners, principals, predecessors and successors, and their officers, directors, shareholders, owners, employees, agents, representatives, parents, subsidiaries, successors and assigns.

    8.    Defendants hereby agree to be permanently enjoined from:

    a.  Publishing, mailing, or ever using again the solicitation attached to the Complaint in this matter as Exhibit A;

    b.  Engaging directly, through employees responsible for U. S. Loan Auditors' marketing, or indirectly through any independent contractor, advertising agency, or third party in the publishing of commercial advertising or marketing which: (1) contains false or misleading factual representations with knowledge of the falsity or misleading nature thereof; or, (2) which is presented in a form which implies or suggests that such advertising is a communication from or on behalf of

PDF created with pdfFactory trial version www.pdffactory.com

1  any government agency;

2       c.    Publishing commercial advertisements or solicitations that name BOA (and/or its affiliates Merrill Lynch Credit Corporation, Bank of America, N.A., First Franklin Loan Services and Countrywide Home Loans, Inc.) and state or suggest without any basis in fact that the named entities have: (1) engaged in "predatory lending practices;" (2) violated federal law in connection with the loans that they have originated; or, (3) are the subject of a predatory lending investigation by any government entity; and

     d.    Using in Defendants' commercial advertisements and/or solicitations any of Plaintiff's trademarks or service marks, including without limitation Plaintiff's trademarked names, symbols or emblems and/or those of Plaintiff's affiliates.

## COSTS AND ATTORNEYS' FEES

9.  All parties shall bear their own attorneys' fees and costs in connection with this action.

## RETENTION OF JURISDICTION

10.  The Court shall retain jurisdiction over this action for all purposes.

WHEREFORE, the parties jointly request that the Court grant this Stipulation for Consent Judgment and Permanent Injunction and issue an order regarding same.

Dated:  December __, 2010

                                        MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: _____
MARK A. CAMPBELL (SBN 93595)
Attorneys for Defendants

LA2069912.1
203735-10018     STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT
3

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  Dated: December__, 2010 | LOEB & LOEB LLP |
| 2 | |
| 3 | By:_____ |
| | Mark D. Campbell (SBN 180528) |
| 4 | Attorneys for Plaintiff |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the Stipulation for Consent Judgment and Permanent Injunction filed by Plaintiff Bank of America Corporation ("BOA") and Defendants U.S. Loan Auditors, LLC ("U.S. Loan Auditors"), Shane Barker and James Sandison, it is hereby ordered, judged and decreed as follows:

1.   The Stipulation for Consent Judgment and Permanent Injunction is GRANTED.

2.   Judgment is entered against Defendants and in favor of Plaintiff.

3.   Defendants are hereby permanently enjoined and restrained from:

   a.   Publishing, mailing, or ever again using the solicitation attached to the Complaint in this matter as Exhibit A;

   b.   Engaging directlyor through employees responsible for U. S. Loan Auditors' marketing, or indirectly through any independent contractor, advertising agency, or third party, in the publishing of commercial advertising or marketing which: (1) contains false or misleading factual representations with knowledge of the falsity or misleading nature thereof; or, (2) which is presented in a form which implies or suggests that such advertising is a communication from or on behalf of any government agency;

   c.   Publishing commercial advertisements or solicitations that name BOA (and/or its affiliates Merrill Lynch Credit Corporation, Bank of America, N.A., First Franklin Loan Services and Countrywide Home Loans, Inc.) and state or suggest without any basis in fact that the named entities have: (1) engaged in "predatory lending practices;" (2) violated federal law in connection with the loans that they have originated; or, (3) are the subject of a predatory lending investigation by any government entity; and

   d.   Using in Defendants' commercial advertisements and/or solicitations any of Plaintiff's trademarks or service marks, including without

LA2069912.1
203735-10018       5
STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  limitation Plaintiff's trademarked names, symbols or emblems and/or those of
2  Plaintiff's affiliates.
3        IT IS FURTHER ORDERED, JUDGED AND DECREED that the parties
4  shall bear their own attorneys' fees and costs in connection with this action.
5        IT IS FURTHER ORDERED, JUDGED AND DECREED that the Court
6  shall retain jurisdiction over this action for all purposes.
7  Dated: December 2, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge
United States District Court, Eastern
District of California